# In the United States Court of Federal Claims

No. 12-375 C

SIERRA NEVADA CORPORATION,
        Plaintiff,

v.

THE UNITED STATES,
        Defendant,
    and

HAWKER BEECHCRAFT DEFENSE
COMPANY, LLC,
        Defendant-Intervenor.

JUDGMENT

Pursuant to the court's Memorandum Opinion and Order, filed October 15, 2012,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, in favor of plaintiff as to a declaration of the Air Force's duty to apply Section L 6.3 of the amended solicitation, and in favor of defendant and defendant-intervenor on plaintiff's request for permanent injunctive relief. No costs.

        Hazel C. Keahey
        Clerk of Court

**October 17, 2012**    By:    s/Lisa L. Reyes

        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.