# In the United States Court of Federal Claims

No. 12-375 C

(E-Filed Under Seal:  April 30, 2013)

_____
)
SIERRA NEVADA CORPORATION, )
)
                 Plaintiff, )
v. )
)
THE UNITED STATES OF AMERICA, )
)
                 Defendant, )
)
& )
)
HAWKER BEECHCRAFT DEFENSE )
COMPANY, LLC, )
)
                 Defendant-Intervenor. )
_____ )

## ORDER

      Before the court is defendant-intervenor's Motion to Reopen and to Modify Protective Order (Motion to Reopen), Docket Number (Dkt. No.) 57, filed March 7, 2013, and responsive briefing to the Motion to Reopen, see Dkt. Nos. 58, 61-63.  The Court has not ruled on the Motion to Reopen.  Now before the court is defendant-intervenor's Notice of Withdrawal of Motion to Reopen and to Modify Protective Order (Motion to Withdraw), Dkt. No. 64, filed April 26, 2013.  The case was terminated by judgment entered on October 17, 2012.  See Dkt. No. 52.  The court REOPENS the case effective March 7, 2013 in order to address the Motion to Reopen, the briefing responsive to the Motion to Reopen and the Motion to Withdraw.  Based on its consideration of the foregoing, the court GRANTS the Motion to Withdraw.  The case shall be CLOSED immediately following the filing of this Order.

      IT IS SO ORDERED.

                                                           s/ Emily C. Hewitt
                                                           EMILY C. HEWITT
                                                           Chief Judge